**Vera McDONALD, Respondent,**

v.

**Terry GELDBACH, Appellant.**

**No. 49918.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 22, 1985.

Croft, Torack & Ward, Richard M. Torack, St. Louis, for appellant.

Carp and Morris, Gary J. Morris and Ralph Levy, III, Clayton, for respondent.

## ORDER

PER CURIAM:

Direct appeal from a judgment affirming workers' compensation award.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Michael DORN, Appellant.**

**No. WD 36490.**

Missouri Court of Appeals,
Western District.

Oct. 22, 1985.

William Lopez, North Kansas City, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and DIXON and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from a jury trial conviction of robbery in the second degree, § 569.030 RSMo (1978), and sentence to a 15 year term of imprisonment.

Judgment affirmed. Rule 30.25(b).